UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

KATHERINE F. COSTANZA             CIVIL ACTION NO.:  16-cv-17670

VERSUS

JEFFERSON PARISH, ET AL.             SECTION:  R

## ORDER

Considering the foregoing motion;

IT IS ORDERED that this case is hereby dismissed with prejudice, with each party to bear their own costs.

NEW ORLEANS, LOUISIANA this __22nd__ day of ____January____, 2018.

_____
HONORABLE SARAH S. VANCE
UNITED STATES DISTRICT JUDGE